MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-5313FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE. |
| ADRICK ELIJAH RUCKES, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel, filed on September 5, 2007 in support of Stipulated Defense Motion to Continue Trial Date in this matter,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel filed on September 5, 2007, be sealed.

DONE this 6th day of September, 2007.

_____
The Honorable Franklin D. Burgess
United States District Court Judge

Presented by:

/s/
_____
MIRIAM F. SCHWARTZ
Attorney for Defendant

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710