JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-5313FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED DEFENSE MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |
| ADRICK ELIJA RUCKES, | ) | |
| Defendant. | ) | |

Upon motion of the defendant to continue the pretrial motions' due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to November 19, 2007.

DONE this 2nd day of October, 2007.

_____
The Honorable Franklin D. Burgess
United States District Court Judge

Presented by:

/s/
Miriam F. Schwartz
Attorney for Defendant

/s/
Kent Y. Liu
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS' DEADLINE    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710